```
LAURA E. DUFFY
United States Attorney
SUSAN L. PARK
Assistant United States Attorney
D.C. Bar No. 501430
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6760
Facsimile: (619) 546-0510

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS VEGA-SANCHEZ,<br><br>　　　　　Defendant. | Case No. 13CR3319-JAH<br><br>UNITED STATES' SENTENCING SUMMARY CHART AND RAP SHEET SUMMARY CHART<br><br>Date:　September 27, 2013<br>Time:　9:30 AM |

　　COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Susan L. Park, Assistant United States Attorney, and hereby files the attached United States' Sentencing Summary Chart and Rap Sheet Summary Chart, regarding the above-referenced matter.

　　DATED: September 20, 2013.

　　　　　　　　　　　　　　　　　　LAURA E. DUFFY
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*s/Susan L. Park*
　　　　　　　　　　　　　　　　　　SUSAN L. PARK
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**SENTENCING SUMMARY CHART**                                         USPO_____
                                                                     AUSA  X  
Sentencing Date: September 27, 2013                                  DEF_____

Defendant's Name: Carlos Vega-Sanchez          Docket No. 13CR3319-JAH
                  (Mexican Citizen)

Attorney's Name: Susan L. Park                 Phone No.: (619)546-6760

Guideline Manual Used: November 1, 2012        Agree with USPO Calc.:  N/A 

Base offense Levels: (Drug Quantity if Applicable:)USSG § 2L1.2         8  

Specific Offense Characteristics:
_____                           ____

Victim Related Adjustment:                                            ____

Adjustment for Role in the Offense:                                   ____

Adjustment for Obstruction of Justice:                                ____

Adjustment for Reckless Endangerment During Flight:                   ____

Adjusted Offense Level:                                                 8 
___Combined (Mult. Counts___ Career Off.___ Armed Career Crim.

Adjustment for Acceptance of Responsibility:                           -2 

Total Offense Level:                                                    6 

Criminal History Score:                                                 0 

Criminal History Category:                                              I 
___ Career Offender___ Armed Career Criminal

Guideline Range:                                              from 0 mths
(Range limited by:___minimum mand..___statutory maximum         to 6 mths

Departures:
Departure for Fast-Track under USSG § 5K3.1                            -4 
_____                       ____

Resulting Guideline Range: Adjusted Offense Level 2            from 0 mths
                                                                 to 6 mths


**JOINT RECOMMENDATION RE: CUSTODY:** 60 Days' Imprisonment 
**GOVERNMENT RECOMMENDATION RE: SUPERVISED RELEASE:** 1 Year S/R 

SLP:do:09/20/2013

NAME: CARLOS VEGA-SANCHEZ
CASE NO. 13CR3319-JAH

**RAP SHEET SUMMARY CHART**

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT | POINTS |
|---|---|---|---|---|
| | | No Identifiable Criminal Convictions. | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | **ADDITIONAL POINTS** | ON PAROLE/PROBATION | |
|---|---|---|---|
| | | TOTAL POINTS | 0 |
| | | CRIMINAL HISTORY CATEGORY | I |

| | DEPORTATIONS | 2 |
|---|---|---|
| | DATE OF MOST RECENT DEPORTATION | 08/30/2005 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13CR3319-JAH |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS VEGA-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Susan L. Park, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Sentencing Summary Chart and Rap Sheet Summary Chart on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

To: Gary P. Burcham, Esquire

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2013.

*s/Susan L. Park*
SUSAN L. PARK
Assistant U.S. Attorney

4